

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00294-CR

| | | |
|---|---|---|
| NATHANIEL JOHNSON, Appellant | § | On Appeal from Criminal District Court |
| | § | No. 2 |
| V. | § | of Tarrant County (1568511) |
| | § | May 1, 2025 |
| | § | Memorandum Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment reflects that Appellant Nathaniel Johnson pleaded "True" to the State's "Motion to Adjudicate." We modify the judgment to instead reflect that Johnson pleaded "True" to only the allegations contained in the fifth and sixth paragraphs of the "State's First Amended Petition to Proceed to Adjudication." Further, the judgment reflects that Johnson violated the conditions of his community supervision, as set out in "Paragraphs One, Two, Three,

Five[,] and Six" of "the State's Amended Motion to Adjudicate Guilt." We modify the judgment to instead reflect that Johnson violated the conditions of his community supervision, as set out in the fifth and sixth paragraphs of the "State's First Amended Petition to Proceed to Adjudication." It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
    Justice Dana Womack